Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON ALAN,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **BERANKED, LLC; BANIR GANATRA,** an individual**,** <br><br> Defendant. | Case No. 2:15-cv-05872-CAS-JC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

    **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

    RESPECTFULLY SUBMITTED this 23rd day of March, 2016.

                  By:   <u>s/Todd M. Friedman</u>
                         Todd M. Friedman, Esq.
                         Law Offices of Todd M. Friedman, P.C.
                         Attorney for Plaintiff

Filed electronically on this 23rd day of March, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 23rd day of March, 2016, via the ECF system to:

Honorable Christina A. Snyder
United States District Court
Central District of California

And mailed to:

Beranked, LLC
c/o Banir Ganatra
106 E. 6th St., Ste 900
Austin, TX 78701

This 23rd day of March, 2016.
By: s/Todd M. Friedman
       Todd M. Friedman